# INVOICE IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

# ECF NO. 29

# SAMUELS V. M&T TRANSPORTATION

# 13-61320-CIV-WJZ

# Law Offices of Charles Eiss, P.L.
8211 W. Broward Boulevard
Suite 375
Plantation, FL 33324 USA

Ph:954-812-9513     Fax:954-473-4907

Hillary Samuels                                                    March 7, 2014

**Attention:**                                     File #:    09-223
                                                   Inv #:    Sample

**RE:**     Samuels

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-27-12 | Consultation with client. | 2.00 | 700.00 | CE |
| Nov-12-12 | Prepare for EEOC mediation | 2.00 | 700.00 | CE |
| Nov-13-12 | Attendance at EEOC mediation. | 6.50 | 2,275.00 | CE |
| Mar-01-13 | Draft Letter to EEOC. | 0.30 | 105.00 | CE |
| Jun-14-13 | Draft and revise Complaint. | 2.50 | 875.00 | CE |
| Aug-26-13 | Correspondences opposing counsel and draft initial discovery plan (LT). | 1.50 | 300.00 | CE |
| Aug-29-13 | Review Order received. | 0.30 | 105.00 | CE |
| Sep-03-13 | Draft Revised Discovery Plan and T/C's counsel. (LT). | 1.00 | 200.00 | CE |
| Sep-04-13 | Review orders received from Court. | 0.30 | 105.00 | CE |
| Sep-18-13 | Draft Interrogatories and Requests for Production. (LT) | 3.50 | 700.00 | CE |
| Sep-24-13 | Meeting with client to prepare responses to Defendant's discovery. (LT) | 4.50 | 900.00 | CE |
| Sep-30-13 | Finalize discovery responses. | 1.50 | 525.00 | CE |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Oct-15-13 | Research issues for discovery per correspondence received from counsel. (LT) | 2.50 | 500.00 | CE |
| Oct-24-13 | Draft revised discovery responses. | 1.00 | 350.00 | CE |
| Nov-08-13 | Review all discovery received from Defendant. | 4.00 | 1,400.00 | CE |
| Jan-07-14 | Review order received from Court. | 0.30 | 105.00 | CE |
| Jan-24-14 | T/C counsel and review pleadings received. | 0.50 | 175.00 | CE |
| Feb-26-14 | Draft Motion for Default. | 0.50 | 175.00 | CE |
| Mar-06-14 | Draft Motion and Proposed Order for Final Judgment. | 4.00 | 1,400.00 | CE |
| | Draft Affidavit and meeting with client. (LT) | 2.50 | 500.00 | CE |
| Mar-07-14 | Draft fees motion and affidavit. | 2.00 | 700.00 | CE |
| | Totals | 43.20 | $12,795.00 | |

**Total Fee & Disbursements**                                $12,795.00

**Balance Now Due**                                          $12,795.00