# INVOICE

U.S. Legal Support, Inc.  
100 Northeast Third Avenue  
Suite 1050  
Fort Lauderdale FL 33301  
Phone:954-463-2933  Fax:954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1338303 | 7/27/2016 | 1429758 |
| **Job Date** | **Case No.** | |
| 7/25/2016 | 013CV61320WJZZLOCHHUNT | |
| **Case Name** | | |
| Hillary Samuels vs. M & T Transporation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Charles Eiss, Esquire  
Law Office of Charles Eiss  
7951 Southwest Sixth Street  
Suite 308  
Plantation FL 33324

**Deposition Of:**

| | | | | | |
|---|---|---|---|---|---|
| Mark Higgs | 1.00 Pages | @ | 25.00 | 0.00 | 25.00 |
| Certification of Non-Appearance | | | 90.00 | 0.00 | 90.00 |

| | |
|---|---|
| TOTAL DUE >>> | $115.00 |
| AFTER 9/10/2016 PAY | $132.25 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 115.00 |

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**REDACTED**                                               Phone: 954-914-7890   Fax:954-473-4907

*Please detach bottom portion and return with payment.*

Charles Eiss, Esquire  
Law Office of Charles Eiss  
7951 Southwest Sixth Street  
Suite 308  
Plantation FL 33324

Job No.      : 1429758          BU ID       : 52-FT.LA  
Case No.     : 013CV61320WJZZLOCHHUNT  
Case Name    : Hillary Samuels vs. M & T Transporation, Inc.

Invoice No.  : 1338303          Invoice Date : 7/27/2016  
**Total Due**    : **$115.00**

Remit To:   **U.S. Legal Support, Inc.**  
            **P.O. Box 4772-12**  
            **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____  
Card Number: _____  
Exp. Date: _____  Phone#: _____  
Billing Address: _____  
Zip: _____  Card Security Code: _____  
Amount to Charge: _____  
Cardholder's Signature: _____

**EXHIBIT 4**