# I N V O I C E

U.S. Legal Support, Inc.
100 Northeast Third Avenue
Suite 1050
Fort Lauderdale FL  33301
Phone:954-463-2933   Fax:954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1338303 | 7/27/2016 | 1429758 |
| **Job Date** | **Case No.** | |
| 7/25/2016 | 013CV61320WJZZLOCHHUNT | |
| **Case Name** | | |
| Hillary Samuels vs. M & T Transporation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Charles Eiss, Esquire
Law Office of Charles Eiss
7951 Southwest Sixth Street
Suite 308
Plantation FL  33324

**Deposition Of:**

| | | | | | |
|---|---|---|---|---|---|
| Mark Higgs | 1.00 Pages | @ | 25.00 | 0.00 | 25.00 |
| Certification of Non-Appearance | | | 90.00 | 0.00 | 90.00 |

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$115.00** |
| AFTER 9/10/2016  PAY | $132.25 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 115.00 |

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                                                              Phone: 954-914-7890    Fax:954-473-4907

*Please detach bottom portion and return with payment.*

Charles Eiss, Esquire
Law Office of Charles Eiss
7951 Southwest Sixth Street
Suite 308
Plantation FL  33324

Job No.       : 1429758          BU ID       : 52-FT.LA
Case No.    : 013CV61320WJZZLOCHHUNT
Case Name : Hillary Samuels vs. M & T Transporation, Inc.

Invoice No.  : 1338303          Invoice Date  : 7/27/2016
**Total Due**    : **$115.00**

Remit To:   **U.S. Legal Support, Inc.**
                  **P.O. Box 4772-12**
                  **Houston TX   77210-4772**

**PAYMENT WITH CREDIT CARD**                      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:

**EXHIBIT 2**